The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANA F. BESECKER COMPANY, INC.,

                Plaintiff,

  v.

GREENPORT FOODS LLC, GRUPO ALMOS S.A. de C.V.,

                Defendants.

NO. 2:18-cv-00602-TSZ

**ORDER EXTENDING COURT DEADLINES**

THIS MATTER, having come on before the undersigned Judge on the motion of plaintiff to extend court deadlines, the Court having reviewed and considered that motion and all evidence presented, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff's Motion to Extend Court Deadlines is granted and it is further

ORDERED, ADJUDGED AND DECREED that Court deadlines are extended as follows:

    Deadline for FRCP 26(a)(1) Conference:        March 26, 2019

    Initial Disclosures Pursuant to FRCP 26(a)(1):    April 10, 2019

ORDER EXTENDING COURT DEADLINES - 1
Case No. 2:18-cv-00602-TSZ

1832529.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1     Combined Joint Status Report and Discovery Plan: April 10, 2019

2     DATED this 17th day of December, 2018.

                                                  _/s/ Thomas S. Zilly_

                                                  Thomas S. Zilly
                                                  United States District Judge

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By _/s/ Hana A. Kern_
Hana A. Kern, WSBA No. 21595
*Attorneys for Plaintiff*
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 652-2910
kern@ryanlaw.com

