UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA F. BESECKER COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREENPORT FOODS LLC, GRUPO ALMOS S.A. de C.V., <br><br> Defendants. | NO. 2:18-cv-00602-TSZ <br><br> **JUDGMENT** |

## JUDGMENT SUMMARY

| | |
|---|---|
| Judgment creditor: | Dana F. Besecker Company, Inc. |
| Attorneys for judgment creditor: | Hana A. Kern <br> Ryan, Swanson & Cleveland, PLLC <br> 1201 3rd Ave., Suite 3400 <br> Seattle, WA 98101-3034 |
| Judgment debtor: | Greenport Foods, LLC; <br> Grupo Almos S.A. de C.V. |
| Principal Judgment Amount: | $103,600.00 |
| Prejudgment Interest: | $19,175.82 end date: 5/29/19 |
| Costs: | $   400.00 Filing Fee <br> $   283.00 Service of Process (Greenport) <br> <u>$   840.00 Service of Process/Translation (Grupo)</u> <br> $1,523.00 Total Costs |

JUDGMENT - 1

| | |
|---|---|
| Total Judgment Amount: | $124,298.82 |
| | Principal judgment amount together with pre-judgment interest, attorney's fees and costs shall bear interest at 1.98% per annum, as required by 28 U.S.C. § 1961 from the date of judgment until paid in full. |

## JUDGMENT

THIS MATTER came before the Court, pursuant to Fed. R. Civ. P. 55(b)(1) and LR 55(b), by Plaintiff Dana F. Besecker Company, Inc. ("Plaintiff"), on a Motion for Default Judgment (Dkt. 22) against Defendant Greenport Foods, LLC and Grupo Almos S.A. de C.V., jointly and severally, in the amount of $124,298.82.

The Court has considered the pleadings filed in this action, the Court's Order of Default as to Defendant Greenport Foods, LLC (Dkt. 8), Motion for Default of Greenport Foods, LLC (Dkt. 6), the Declaration of Gulliver A. Swenson in Support of Motion for Default (Dkt. 7), the Court's Order of Default as to Defendant Grupo Almos S.A. de C.V. (Dkt. 20), Motion for Default of Grupo Almos S.A. de C.V. (Dkt. 18), the Declaration of Hana A. Kern (Dkt. 19), the Declaration of Justin Bird in Support of Motion for Default Judgment and Exhibits thereto (Dkt. 23), the Declaration of Hana A. Kern in Support of Motion for Default Judgment and Exhibits thereto (Dkt. 24.).

Based on the pleadings and the evidence presented, the Court finds that the principal amount owed, $103,600.00, is a sum certain, and that Greenport Goods, LLC and Grupo Almos S.A. de C.V. have been declared in default by Order of the Court.

Based on the above findings, final Judgment is entered as follows:

1. Plaintiff Dana F. Besecker Company, Inc., is awarded a final Judgment against Defendants Greenport Foods, LLC and Grupo Almos S.A. de C.V., jointly and severally, in the amount of $124,298.82, consisting of principal of $103,600.00, prejudgment interest of $19,175.82 and costs of $1,523.00.

2. Plaintiff Dana F. Besecker Company, Inc., is entitled to the principal amount of $103,600.00 based on the well-pled facts and evidence submitted herewith.

3. Plaintiff Dana F. Besecker Company, Inc., is entitled to pre-judgment interest at the Washington state statutory rate of 12% per annum. Pre-judgment interest is calculated from the date the $103,600.00 became due and after last payment was made (May 8, 2018) to May 29, 2019, in the amount of $19,175.82.

4. Plaintiff Dana F. Besecker Company, Inc. is entitled to its fees and costs in the amount of $1,523.00.

5. Defendants are jointly and severally liable based on their joint participation in a fraud and under the Uniform Voidable Transactions Act, RCW 19.40 et seq.

6. Plaintiff Dana F. Besecker Company, Inc., is entitled to post-judgment interest at rate of 1.98% per annum as required by 28 U.S.C. § 1961 from the date hereof until the judgment is satisfied in full.

DATED this 28th day of June 2019.

<u>William M. McCool</u>
Clerk

<u>/sKaren Dews</u>
Deputy Clerk